UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACQUELYN ELLISHA JACKSON,

    Plaintiff,

v.                                          CASE NO. 3:15cv360/MCR/EMT

ESCAMBIA COUNTY SCHOOL DISTRICT,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 30, 2016. ECF No. 23. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss or in the Alternative for Judgment on the Pleadings, ECF No. 13, is **GRANTED**.

3. Plaintiff's Motion for Judgment, ECF No. 21, is **DENIED** as moot, in light of the granting of Defendant's Motion to Dismiss.

4. The clerk is directed to enter judgment in favor of Defendant and close the file.

**DONE AND ORDERED** this 29th day of September 2016.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**